**Opinion issued February 22, 2024**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-24-00043-CV

———————————

## IN RE DICKINSON FORTY, LLC, BINNACLE DEVELOPMENT, LLC, AND JERRY LEBLANC, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

The parties have filed a joint motion to dismiss the petition for writ of mandamus because the trial court signed an amended order on January 25, 2024, permitting relators to replead their motion to designate responsible third party.[1]

---

[1] The underlying case is *Lexington 26, L.P. D/B/A Colina Homes v. Dickinson Forty, LLC, Binnacle Development, LLC, Jerry LeBlanc, and Adams Homes Lone Star, LLC*, cause number 21-CV-0871, pending in the 405th District Court of Galveston County, Texas, the Honorable Jared Robinson presiding.

"A case becomes moot if, since the time of filing, there has ceased to exist a justiciable controversy between the parties—that is, if the issues presented are no longer 'live,' or if the parties lack a legally cognizable interest in the outcome." *Heckman v. Williamson Cty.*, 369 S.W.3d 137, 162 (Tex. 2012). If a case has become moot, the court must dismiss. *See id.* Because relators have received the relief they sought in their petition for writ of mandamus, the petition is moot and must be dismissed. *See In re Prosperity Bank*, No. 01-22-00382-CV, 2022 WL 2919941, at *1 (Tex. App.—Houston [1st Dist.] July 26, 2022, orig. proceeding) (mem. op.).

We grant the motion and dismiss the petition as moot. Any pending motions are also dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.